# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penni Anifer, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Clement Trucking LLC, et al.,<br><br>    Defendants. | No. CV-23-00518-TUC-SHR (MSA)<br><br>**Order Accepting R&R with No Objections (Default Judgment)** |

On August 21, 2024, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation ("R&R") in which she recommended the Court grant Plaintiffs' Motion for Entry of Default Judgment. (Doc. 18 at 1, 7.) The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 7.) Plaintiff mailed a copy of the R&R via U.S. mail to Defendants. (Doc. 19.)

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district court only needs to review magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, Defendants were served on September 4, 2024 when Plaintiffs mailed

a copy of the R&R to Defendants' last known address. *See* Fed. R. Civ. P. 5(b)(2)(C). Consequently, the deadline for filing objections has passed and neither party has requested additional time file an objection despite the warning from Judge Aguilera indicating "[f]ailure to file timely objections to any factual or legal determination of the Magistrate Judge may result in waiver of the right of review." (Doc. 18 at 7.) Therefore, the Court will adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (district court declined to review the magistrate judge's report because no objections were filed).

Accordingly,

**IT IS ORDERED**

1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 18) is **ACCEPTED.**

2) Plaintiff's Motion for Entry of Default Judgment (Doc. 16) is **GRANTED**.

3) Default judgment is entered in favor of Plaintiff Penni Anifer in the amount of $18,225. As to Plaintiff Anifer, all Defendants are jointly and severally liable for $5,760, and that Defendants Clement Trucking LLC and Archie Lane LLC are jointly and severally liable for $12,465.

4) Default judgment is entered in favor of Plaintiff Kevin Sisk in the amount of $10,650. As to Plaintiff Sisk, all Defendants are jointly and severally liable for $3,840, and that Defendants Clement Trucking LLC and Archie Lane LLC are jointly and severally liable for $6,810.

5) Plaintiffs shall be awarded post-judgment interest at the current rate pursuant to 28 U.S.C. § 1961.

6) The Clerk of Court shall enter judgment accordingly and close the file in this case.

Dated this 24th day of September, 2024.

*[signature]*
Honorable Scott H. Rash
United States District Judge