IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penni Anifer, et al., | No. CV-23-00518-TUC-SHR (MSA) |
| Plaintiffs, | **ORDER** |
| v. | |
| Clement Trucking LLC, et al., | |
| Defendants. | |

    Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Maria S. Aguilera (Doc. 23) recommending this Court grant Plaintiffs' Motion for Attorneys' Fees (Doc. 21). To date, no objections have been filed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate Judge's recommendation within which to file specific written objections to the Court. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate's factual findings and waives all objections to those findings on appeal. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." *Id.* (quoting *Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991)).

    Having reviewed Magistrate Judge Aguilera's Report and Recommendation, and no

objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Accordingly,

**IT IS ORDERED:**

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 23) is **ACCEPTED**;

(2) Plaintiffs' Motion for Attorneys' Fees (Doc. 21) is **GRANTED**;

(3) Plaintiffs are awarded $5,135 in attorney fees and $1,008 in costs;

(4) Plaintiffs are awarded post-judgment interest on the award of attorney fees and costs at the applicable statutory rate;

(5) Plaintiffs may move for additional attorneys' fees and costs incurred in collecting the default judgment; and

(6) the Clerk of Court shall enter judgment in accordance with this Order.

Dated this 22nd day of November, 2024.

Honorable Scott H. Rash
United States District Judge