# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penni Anifer, et al., | NO. CV-23-00518-TUC-SHR (MSA) |
| Plaintiffs, | **JUDGMENT ON ATTORNEY FEES** |
| v. | |
| Clement Trucking LLC, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 22, 2024, judgment is entered in favor of plaintiff and against defendant in the amount of $ $5,135 in attorney fees and $1,008 in costs.

                                                  Debra D. Lucas
                                                  District Court Executive/Clerk of Court

November 22, 2024

                                                  s/ C. Ortiz
                                     By   Deputy Clerk